UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-20010-CIV-MORENO**

ADRIA READ,

    Plaintiff,

vs.

CARNIVAL CORP., d/b/a CARNIVAL CRUISE LINES, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Mediator's Report. It is

ADJUDGED that in light of the parties settling this action this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement until **July 9, 2010**. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of May, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record